JS-6

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

CIVIL MINUTES – GENERAL

Case No. SACV 11-0003-JST (RNBx)     Date: March 18, 2011
Title: Bernice Jacobs v. Central Mortgage Company, et al.

Present: **Honorable JOSEPHINE STATON TUCKER, UNITED STATES DISTRICT JUDGE**

| Ellen Matheson | N/A |
|---|---|
| Deputy Clerk | Court Reporter |

ATTORNEYS PRESENT FOR PLAINTIFF:    ATTORNEYS PRESENT FOR DEFENDANT:

  Not Present                                       Not Present

**PROCEEDINGS: (IN CHAMBERS) ORDER DISMISSING CASE WITH PREJUDICE**

     On February 24, 2011, the Court dismissed Plaintiff's complaint without prejudice, and instructed Plaintiff to file an amended complaint within twenty (20) days thereof, or the Court would dismiss the case with prejudice. To date, Plaintiff has not filed an amended complaint. The Court therefore dismisses the case with prejudice.

                                                          Initials of Preparer: jcb